# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:18-cr-141 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| JAKOBI BUTHELEZI JOHNSON | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

## ORDER

United States Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 16], recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the one count Indictment; (2) accept Defendant's guilty plea as to Count One of the one count Indictment; (3) adjudicate Defendant guilty of knowingly possessing a firearm or ammunition after having been convicted of a felony in violation of Title 18 United States Code § 922(g)(1); and (4) order that Defendant remain in custody until sentencing in this matter or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 16] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the one count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of knowingly possessing a firearm or ammunition after having been convicted of a felony in violation of Title 18 United States Code § 922(g)(1); and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **April 5, 2019, at 9:00 a.m.** before the undersigned, or until further order of this Court.

**SO ORDERED.**

/s/*Travis R. McDonough*
TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE